IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS LOCAL 350, | No. C 11-04089 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| RECOLOGY, INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: n/a at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 23, 2012.

DESIGNATION OF EXPERTS: 2/17/12; REBUTTAL: n/a.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 23, 2012.

DISPOSITIVE CROSS MOTIONS **SHALL** be filed by April 6, 2012;

Opp. Due/X-Mo. 4/20/12; Reply/Oppo Due May 4, 2012, and Final Reply Due 5/11/12 ;

and set for hearing no later than May 25, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 19, 2012 at 3:30 PM.

COURT TRIAL DATE: July 2, 2012 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/5/11

SUSAN ILLSTON
United States District Judge