IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS LOCAL 350, | No. C 11-04089 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| RECOLOGY, INC., | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>n/a</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>March 23, 2012</u>.

DESIGNATION OF EXPERTS: <u>2/17/12</u>; REBUTTAL: <u>n/a</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 23, 2012</u>.

DISPOSITIVE CROSS MOTIONS **SHALL** be filed by <u>April 6, 2012</u>;

Opp. Due/X-Mo. <u>4/20/12</u>; Reply/Oppo Due <u>May 4, 2012,</u> and Final Reply Due <u>5/11/12</u> ;

and set for hearing no later than <u>May 25, 2012</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 19, 2012</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>July 2, 2012</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/5/11

SUSAN ILLSTON
United States District Judge