**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEAMSTERS LOCAL 350,<br><br>       Plaintiff,<br><br>   vs.<br><br>RECOLOGY, INC.,<br><br>       Defendant. | Case No.: C-11-04089-YGR<br><br>**SCHEDULING AND PRETRIAL ORDER FOLLOWING REASSIGNMENT** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets and resets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| DISPOSITIVE CROSS MOTIONS[1] due: | April 6, 2012[2] |
| DISPOSITIVE MOTIONS to be heard by: | May 29, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 15, 2012 |
| PRETRIAL CONFERENCE: | Friday, June 29, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, July 9, 2012 at 8:30 a.m.<br>(Court Trial) |
| TRIAL LENGTH: | 2-3 days |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The parties do not need to comply with the Pre-filing Conference Requirements for motions for summary judgment set forth in the Court's Standing Order in Civil Cases.

[2] The parties shall maintain the current briefing schedule: Opp./Cross-Mot. Due April 20, 2012; Reply/Opp. Due May 4, 2012, and Final Reply Due May 11, 2012.