**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEAMSTERS LOCAL 350,<br><br>   Plaintiff,<br><br>vs.<br><br>RECOLOGY, INC.,<br><br>   Defendant. | Case No.: C-11-04089-YGR<br><br>**ORDER REQUIRING COUNSEL TO ATTEST TO THE STATEMENT OF FACTS** |

Defendant Recology San Mateo ("Defendant") filed a Separate Statement in Support of its Motion for Summary Judgment, Dkt. No. 29, which does not have the required attestation of counsel. *See* Standing Order in Civil Cases ¶ 9(c) ("The separate statement must be signed by counsel as follows: 'I attest that the evidence cited herein fairly and accurately supports [or disputes] the facts as asserted.'") (alteration in original).

By no later than **5:00 p.m.** on **Monday, April 16, 2012**, counsel for Defendant shall file a separate document that attests the evidence cited in the Separate Statement in Support of its Motion for Summary Judgment fairly and accurately supports the facts as asserted.

**IT IS SO ORDERED.**

Dated: April 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**